WILLIAM A. SHEA, Respondent, v. PHIL T. CHINN and HIMYAR STUD, INC., Appellants.— Appeal from order denying motion for new trial on the ground of newly-discovered evidence dismissed, without costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

A. PAGE SMITH, Respondent, v. FRANK MATHUSA and Another, Doing Business under the Name and Style of MATHUSA MOTOR COMPANY, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ELLA M. WEATHERWAX, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant. EDGAR H. WEATHERWAX, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

NUNZIO CIOFFI, as Administrator, etc., of CARMINE CIOFFI, Deceased, Respondent, v. CHARLES COLLINS and Others, Doing Business under the Firm Name of "CHARLES COLLINS & SONS," Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ADELBERT R. GARRISON, Respondent, v. HENRY L. EMMONS, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

LOTTA A. SNYDER, Respondent, v. THE CITY OF TROY, Appellant. CHARLES A. SNYDER, Respondent, v. THE CITY OF TROY, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

MARY SALEMME, as Administratrix, etc., of NICHOLAS SALEMME, Deceased, Respondent, v. JOHN SENNOTT, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

MABEL L. COZZENS, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.